FILED

06/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0707

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0707

_____

SCOTT AND PAMELA BYE; KOREY AND
WENDY FAUQUE; BUTCH AND DOREEN
GILLESPIE; WAYNE AND ROXY GILLESPIE,
and JOHN DOES 1, 2, 3, 4,

      Plaintiffs and Appellees,

v.

SOMONT OIL COMPANY, INC.,

      Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kaydee Snipes Ruiz, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 21 2023